Click here to enter your name and address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Martin<br><br>Plaintiff(s)<br>v.<br><br>California Teachers Association et al.<br><br>Defendant(s). | CASE NUMBER<br><br>**2:18-cv-08999-JLS-DFM**<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mitchell, Jonathan F.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(512) 686-3940
*Telephone Number     Fax Number*
jonathan@mitchell.law
*E-Mail Address*

of

Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, TX 78701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Michael Martin

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Benbrook, Bradley A.
*Designee's Name (Last Name, First Name & Middle Initial)*
177786                    916-447-4900
*Designee's Cal. Bar No.     Telephone Number     Fax Number*
brad@benbrooklawgroup.com
*E-Mail Address*

of

Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application:
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded ☐ not be refunded.

Dated: November 2, 2018

**JOSEPHINE L. STATON**
**U.S. District Judge**