| | |
|---|---|
| 1 | SCOTT A. KRONLAND (SBN 171693) |
| 2 | JEFFREY B. DEMAIN (SBN 126715) |
|   | REBECCA MORYL LEE (SBN 305119) |
| 3 | Altshuler Berzon LLP |
|   | 177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108 |
| 5 | Telephone: (415) 421-7151 |
|   | Facsimile: (415) 362-8064 |
| 6 | E-mail:  skronland@altber.com |
| 7 |            jdemain@altber.com |
|   |            rlee@altber.com |
| 8 | |
| 9 | Attorneys for the Union Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, *et al.*, | CASE NO.:  2:18-cv-08999-JLS-DFM |
| Plaintiffs, | **UNION DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION, *et al.*, | Hearing Date: January 25, 2019 |
| | Hearing Time: 10:30 a.m. |
| Defendants. | Location: Courtroom 10A |
| | Judge:  The Hon. Josephine L. Staton |

UNION DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS FAC, #2:18-cv-08999-JLS-DFM

# UNION DEFENDANTS' NOTICE OF MOTION
# AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

Please take notice that Defendants Riverside City Teachers Association, California Teachers Association, and National Education Association (collectively, "Union Defendants") will, and hereby do, move for an order dismissing all of the claims in the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) on the ground that the Court either lacks subject matter jurisdiction to adjudicate the claim or Plaintiffs have failed to state a viable claim for relief, except for the portion of "Claim 2" that seeks retrospective relief against the Union Defendants. The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities.

This motion is set for hearing on January 25, 2019 at 10:30 am in Courtroom 10A, 10th Floor, 411 W. Fourth St., Santa Ana before the Honorable Josephine S. Staton. This motion is based on the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Scott A. Kronland, Daniel Koen, Wei Pan, Alec Williams, and Sheri Scott, the complete files and records of this action, and such other matters as the Court may properly consider in ruling on the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 26, 2018.

Dated:  December 5, 2018         Respectfully submitted,

SCOTT A. KRONLAND
JEFFREY B. DEMAIN
REBECCA MORYL LEE
Altshuler Berzon LLP

By:  */s/ Scott A. Kronland*
       Scott A. Kronland

Attorneys for the Union Defendants