JONATHAN F. MITCHELL *
jonathan@mitchell.law
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3940 (fax)

* admitted *pro hac vice*

CHRISTOPHER HELLMICH
chellmich@hellmichlaw.com
California Bar No. 224169
Hellmich Law Group, PC
5753-G E. Santa Ana Canyon Rd. #512
Anaheim Hills, California 92807
(949) 287-5708 (phone)
(714) 974-7733 (fax)

*Counsel for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Michael Martin**, et al., | Case No. 2:18-cv-08999-JLS-DFM |
| Plaintiffs, | **Response to the Attorney General's Brief in Support of The Union Defendants' Motion to Dismiss** |
| v. | |
| **California Teachers Association,** et al., | Hearing Date: March 29, 2019 |
| Defendants. | Courtroom 10A, 10:30 A.M. |
| | Judge: Hon. Josephine L. Staton |

1   The *Martin* plaintiffs respectfully incorporate by reference the arguments that
2   appear in the brief submitted by the plaintiffs in *Wilford v. NEA*, Case No. 8:18-cv-
3   1169, ECF No. 175.


                                        Respectfully submitted.

                                         /s/ Jonathan F. Mitchell
TALCOTT J. FRANKLIN*                    JONATHAN F. MITCHELL*
Texas Bar No. 24010629                  Texas Bar No. 24075463
Talcott Franklin PC                     Mitchell Law PLLC
1920 McKinney Avenue 7th Floor          106 East Sixth Street, Suite 900
Dallas, Texas 75201                     Austin, Texas 78701
(214) 736-8730 (phone)                  (512) 686-3940 (phone)
(800) 727-0659 (fax)                    (512) 686-3941 (fax)
tal@talcottfranklin.com                 jonathan@mitchell.law

CHRISTOPHER HELLMICH                    BRADLEY BENBROOK
California Bar No. 224169               California Bar No. 177786
Hellmich Law Group, PC                  Benbrook Law Group, PC
5753-G E. Santa Ana Canyon Rd. #512     400 Capitol Mall, Suite 2530
Anaheim Hills, California 92807         Sacramento, California 95814
(949) 287-5708 (phone)                  (916) 447-4900 (phone)
(714) 974- 7733 (fax)                   (916) 447-4904 (fax)
chellmich@hellmichlaw.com               brad@benbrooklawgroup.com

* admitted *pro hac vice*

                                        *Counsel for Plaintiffs and*
Dated: March 1, 2019                    *the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on March 1, 2019, I served this document through CM/ECF upon:

Scott A. Kronland
Jeffrey B. Demain
Rebecca C. Lee
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
skronland@altber.com
jdemain@altber.com
rlee@altber.com

*Counsel for Union Defendants*

Nelson Ryan Richards
California Attorney General's Office
2550 Mariposa Mall, Room 5090
Fresno, California 93721
(559) 705-2324
nelson.richards@doj.ca.gov

*Counsel for the State Defendants*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs and the Proposed Class*