JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, *et al.*, | CASE NO. 2:18-cv-08999-JLS-DFM |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION, *et al.*, | Judge: The Hon. Josephine L. Staton |
| Defendants. | |

| | |
|---|---|
| 1 | **JUDGMENT** |
| 2 | Pursuant to the Court's May 8, 2019 Order Granting Defendants' Motion to |
| 3 | Dismiss (Doc. 97) and the parties' May 23, 2019 Stipulation of Dismissal (Doc. 98), |
| 4 | IT IS HEREBY ADJUDGED that the Court, having dismissed Claim 2 |
| 5 | pursuant to stipulation and having dismissed the remaining claims with prejudice; |
| 6 | JUDGMENT IS HEREBY ENTERED in favor of Defendants California Teachers |
| 7 | Association, Riverside City Teachers Association, National Education Association, |
| 8 | the Attorney General of California, Eric Banks, Priscilla Winslow, Erich Shiners, |
| 9 | and Arthur A. Krantz, and against Plaintiffs Michael Martin, Lori Bonner, Philip |
| 10 | David Glick, and Kimberly Jolie. |
| 11 | DATED: June 06, 2019 |

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE